# Exhibit A

**Supreme Court**

No. 2021-98-A.

In re Altamir V.                    :

# O R D E R

This appeal is denied and dismissed as it seeks review of an interlocutory order and,

therefore, is not properly before this Court.

All motions pending before the Court are denied as moot.

This matter shall be closed.

Entered as an Order of this Court this   *4ᵗʰ* day of ***June 2021.***

By Order,

_____/s/_____
Clerk

# Exhibit B

)F RHODE ISLAND

FAMILY COURT

ENCE, PLANTATION

SC

THE DEPARTMENT OF CHILDREN'S

YOUTH and FAMILIES

VS.                                                    RE: PJ20-002943

CARLINE VILBON

## DEFENDANT'S MOTION TO STAY PENDING APPEAL

Pursuant to Rule 8 of Rhode Island Civil Procedure, (R.I. Civ. P. Rule 8) I, the Defendant, Carline Vilbon respectfully move the Court for an order staying the ruling, entered on December 18, 2010, (Dkt. entry), as well as all proceedings concerning the Certification Hearing of Bradley Hospital, while this case is on appeal. I also respectfully ask this Court to expedite briefing on this motion and to rule on the motion as soon as practicable, but in any event no later than December 22, 2020.

On December 18, 2020, this Court denied my request for extension to answer the Plaintiff Bradley Hospital, who did not properly commence an action and Service of Process pursuant to Rule 3 and Rule 5 of this Civil Procedure. Bradley Hospital filed It's complain on December 17, 2020, Bradley Hospital was heard on a different subject matter which I the Defendant was not served, and this Court scheduled Bradley's hearing with a Court magistrate on December 22, 2020, two business days after the hearing.

Although the Court granted my request to represent myself as a Self-represented litigant, I had not yet entered my appearance, nor have access to Bradley Hospital's complaint, and therefore was unable to review it and answer timely

But I, the Defendants am likely to prevail on appeal, and base on the laws, Rule 3, Rule 5 and forth, that govern the requirements to commence an action and Service of Process for this procedure, which the Plaintiff did not provide.

It would cause major devastation and harm to my son me, as the Defendants if this matter gets unresolved, for the following reasons:

Page 1 of 3

1. Plaintiff seeks to certify my son Altamir A. Vilbon who was admitted at Bradley Hospital without my consent nor my son's. And Altamir was admitted and transferred to Bradley hospital against his will and my wish, and was held at the facility longer than legally and medically necessary (See email communications with Guardian Ad Litem dated 11/24/20, in **Exhibit A**).

2. During Altamir's current hospitalization at Bradley Hospital, he reported that he was being falsely accused of aggression, and was frivolously restrained physically and chemically. (See email communications with Guardian Ad Litem dated 12/09/20, in **Exhibit B**).

3. Hasbro Children's Hospital, a Bradley Hospital's affiliate and their staff worked with the plaintiff to my son's detriment, and to wrongfully commit him. (See email communications with Guardian Ad Litem dated 11/19/20, in **Exhibit C**).

4. The Rumford House, a Bradley Hospital facility refused to allow any of Altamir's healthcare providers to treat him. (See email communications with Guardian Ad Litem dated 11/19/20, in **Exhibit C** and Text communications with Lynn the Charge nurse at Rumford House in **EXHIBIT D**).

5. Altamir reported being abused at Bradley Hospital and being distorted by corrupt teachings (See email communications with Guardian Ad Litem dated 12/11/20, and 12/15/20 in **Exhibit E**).

6. Most recently, on December 20, 2020, Altamir told me that a male staff member touched him inappropriately, and was restrained. On that day, I promptly reported suspicions on sexual abuse to Courtney, the Bradley Hospital supervisor. But Courtney who was avoiding my report initially, later reported that the alleged abuser was removed from caring for my son, but allowed to care for other children in the hospital.

7. Plaintiff's affiliate has falsely committed Altamir since September 17, 2020, and have been constructively working to institutionalize him without treating him, and have brought false complaints to and abuse of process to avoid liability for traumatizing . him (See Carline Vilbon's Timeline of Incidents in Support of Her Defense in Docket Entry:-- as **EXHIBIT F**).

8. Additionally, Bradley Hospital planned to transfer Altamir back to their Residential program (See email communications with Guardian Ad Litem dated 12/16/20, in **Exhibit G**).


It is in the public's interest to fully investigate the accuracy and authenticity of the evidence obtained in the Plaintiff's complaint and answer properly, and to insure fairness and justice.

The process of this Stay motion will not cause harm to any parties involved in this case.

**WHEREFORE:** I Carline Vilbon the Defendant respectfully requests this Court to grant an order to stay pending appeal of Bradley Hospital's certification hearing for good cause.

Respectfully submitted;

Carline Vilbon

74 Prince Street
Pawtucket, RI. 02860
Email: vilbonc@yahoo.com
Phone: (401) 654-3470
Dated: December 21, 2020.

# Exhibit C

**Rhode Island Hospital**
**Hasbro Children's Hospital**
*Lifespan. Delivering health with care.*

Patient and Guest Services

593 Eddy Street
Providence, RI 02903

Tel 401 444-5817
Fax 401 444-3009

July 1, 2020

Carline Vilbon
74 Prince Street
Pawtucket, RI 02860

Dear Ms. Vilbon,

Thank you for reaching out to us at Patient and Guest Services and allowing us the opportunity to respond regarding you and your son's experience at Hasbro Children's Hospital.  In providing services, we value partnering with our patients and their families and we take each situation seriously.

You can rest assured that the information you shared with us has been formally documented and the staff involved in your son's care aware of the concerns you presented throughout this admission. We are dedicated in providing high-quality care and promoting the interests and well-being of our patients and we do apologize if at any point in time you felt we fell short of meeting this goal for you. This stay did not meet your expectations and for that you have our sincere apology.

Our main goal is providing optimal, consistent care to our patients and their families.  We do appreciate you sharing your feedback with us as it allows us the opportunity to review areas in which we can improve.

We thank you for your patience throughout this hospitalization. On behalf of John B. Murphy MD, Interim President of Rhode Island Hospital and Hasbro Children's Hospital, please accept our apology for a negative experience during your family's time with us.

Sincerely,

Nicholas Cianci
Patient and Guest Services
Clinical & Service Excellence
401-444-5817

# Exhibit D

# COMPLAINT OF HARASSMENT BY YOUR STAFF

From:  Carline Vilbon (vilbonc@yahoo.com)

To:    pgs@lifespan.org

Date:  Wednesday, July 15, 2020, 05:59 AM PDT


Attention Patient Guess Services:

I am writing to re Report in most recent harassment by your staff at the PACE CLINIC. Yesterday i was contacted by Maggie a scheduler for the PACE CLINIC she scheduled a phone interview last week for my son with another Doctor Who is not my son psychiatrist and then the doctor became very intrusive asking questions and undermining my sons care. Again yesterday Maggie left me a message stating that she wanted me to she wanted to schedule an appointment with the other Doctor Who is not my son regular  psychiatrist.  Also today this morning Maggie told me that she scheduled me for an appointment with my son with the same doctor on Thursday without my consent knowledge or approval. And I told Maggie that this was inappropriate and if I went to miss that appointment it would've been a missed appointment.  Is this harassment behavior continues from your staff I gather that the formal complaints that you claimed to have obtained have not been effective or that you have not taken any actions from my previous Complaints. I have notified your office that I was in a process of finding a new psychiatrist for my son and he will not be returning to HASBRO. I request that That you inform your staff to not interfere any further in my sons care as they have caused enough disruption in our lives thank you

Sent from Yahoo Mail for iPhone

# Exhibit E

## Fw: COMPLAINT OF HARASSMENT BY YOUR STAFF

From:   Carline Vilbon (vilbonc@yahoo.com)

To:      john.barletta@dcyf.ri.gov

Date:   Monday, September 14, 2020, 05:26 AM PDT

Good morning Mr. Barletta:

This is a forwarding email complaint that I sent to The Hasbro Patient Guest Services, regarding the mistreatment that my son and I received by their staff. I will be sending the others as well.

Thanks.

Carline Vilbon, mother of Altamir A. Vilbon

     ----- Forwarded Message -----
**From:** Carline Vilbon <vilbonc@yahoo.com>
**To:** PGS PGS <pgs@lifespan.org>
**Sent:** Wednesday, July 15, 2020, 05:59:36 AM PDT
**Subject:** COMPLAINT OF HARASSMENT BY YOUR STAFF

Attention Patient Guess Services:

I am writing to re Report in most recent harassment by your staff at the PACE CLINIC. Yesterday i was contacted by Maggie a scheduler for the PACE CLINIC she scheduled a phone interview last week for my son with another Doctor Who is not my son psychiatrist and then the doctor became very intrusive asking questions and undermining my sons care. Again yesterday Maggie left me a message stating that she wanted me to she wanted to schedule an appointment with the other Doctor Who is not my son regular psychiatrist. Also today this morning Maggie told me that she scheduled me for an appointment with my son with the same doctor on Thursday without my consent knowledge or approval. And I told Maggie that this was inappropriate and if I went to miss that appointment it would've been a missed appointment. Is this harassment behavior continues from your staff I gather that the formal complaints that you claimed to have obtained have not been effective or that you have not taken any actions from my previous Complaints. I have notified your office that I was in a process of finding a new psychiatrist for my son and he will not be returning to HASBRO. I request that That you inform your staff to not interfere any further in my sons care as they have caused enough disruption in our lives thank you

Sent from Yahoo Mail for iPhone

## Fw: ALTAMIR VILBON DISCHARGE SUMMARY

From: Carline Vilbon (vilbonc@yahoo.com)

To:     john.barletta@dcyf.ri.gov

Date:  Monday, September 14, 2020, 05:26 AM PDT

----- Forwarded Message -----
**From:** Carline Vilbon <vilbonc@yahoo.com>
**To:** pgs@lifespan.org <pgs@lifespan.org>
**Sent:** Tuesday, June 30, 2020, 07:54:31 AM PDT
**Subject:** Re: ALTAMIR VILBON DISCHARGE SUMMARY

Good morning

This is an addendum to my complaint and some recent developments and information that I've discovered, about your psychiatric team harassment of me and my son.
First of all, I left a crucial information that last Friday during a phone conference with Dr. Patel she was interrogating me asking me why my son was hospitalized in Boston as if she's following me around trying to get me into some kind of legal problems,  then most recently Dr. Matar called DCYF stating that I was not going to follow up with my son without even asking me first,  as I stated in my previous email .

And today DCYF informed me that Dr. Patel reported that the program that I was going to take my son to  is not adequate but HASBRO's is adequate . Therefore, my son should be bounced back to Hasbro  specifically they're partial program . This is why I left the entire facility and withdrew and transferring my son from the care of all professionals from your hospital and we are not going to be forced to participate in any of your programs.

I would like to emphasize, that I do not want any further contact with any of the staff from HASBRO. Please make a note of this. And if any of them contact me, I will consider and treat it like harassment.

Should any of your staff or your facility initiate any legal proceeding against me I am more than ready and have the resources and representation to proceed.

Again I want nothing to do with HASBRO and I'm capable of taking care of my son . Your staff have done enough damage and if this continues you'll be left with no other patients in your facility .  Many other parents and patients also feel the same way as you have plenty of negative reviews.

Sincerely,

Carline Vilbon, In protest.

Sent from Yahoo Mail for iPhone

On Saturday, June 27, 2020, 3:39 AM, Carline Vilbon <vilbonc@yahoo.com> wrote:

Good morning;

Attention patient in guest services :

I am contacting this office because I have numerous concerns about a physician Dr. Patel who spoke to me this afternoon, she's one of the doctors that are taking care of my son in the Behavioral Unit. After speaking with her I feel very concerned and threatened because she threatened to have my son institutionalized rather than allowing him to participate in a partial program. She feels as though the staff from the partial program at Hasbro are not getting along with me, and therefore, my son should bypass that stage and go straight to being institutionalized.

After that conversation I have been unsettled and requested that my son be discharged. I've spoken to a supervisor who told me that there will be a doctor, covering psychiatrist at the hospital tomorrow and I would like for that psychiatrist to evaluate my son and discharge him at once tomorrow.

Since my son was not in voluntarily admitted to HASBRO Children Hospital Behavioral Unit and he does not pose a harm to himself and others, according to the law that supports my wish, I want my son to be discharged tomorrow to prevent any further conflicts, complications and or the worst possible outcome and negative experiences in addition to what I've already experience.

Thank you, and I would appreciate your prompt response regarding this matter.

If you have any further questions, do not hesitate to contact me.

Sincerely,

Carline Vilbon

(401) 654-3470

Sent from Yahoo Mail for iPhone

On Friday, June 26, 2020, 1:16 PM, Carline Vilbon <vilbonc@yahoo.com> wrote:

Good afternoon:

My name is Carline Vilbon. I am the Mother of Altamir A. Vilbon.

Please submit a copy of the attached Discharge Summary to my son's nurse.

Her name is Leticia, and she is on the Behavioral Unit, 6th floor, at Hasbro Children Hospital.

I will follow-up with your department with a phone call.

Sincerely,

Carline Vilbon

(401) 654-3470

## Fw: COMPLAINT ABOUT PSYCHIATRIC STAFF AT HASBRO

From:   Carline Vilbon (vilbonc@yahoo.com)

To:     john.barletta@dcyf.ri.gov

Date:   Monday, September 14, 2020, 05:27 AM PDT

----- Forwarded Message -----
**From:** PGS PGS <pgs@lifespan.org>
**To:** Carline Vilbon <vilbonc@yahoo.com>; PGS PGS <PGS@Lifespan.org>
**Sent:** Monday, June 29, 2020, 05:54:49 AM PDT
**Subject:** RE: COMPLAINT ABOUT PSYCHIATRIC STAFF AT HASBRO

Good morning Carline,

Thank you for bringing this to our attention, we will document this concern as a formal complaint and share with the appropriate leadership.

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Sunday, June 28, 2020 8:29 PM
**To:** PGS PGS <PGS@Lifespan.org>
**Subject:** Re: COMPLAINT ABOUT PSYCHIATRIC STAFF AT HASBRO

WARNING: This email originated outside of Lifespan and our authorized business partners. USE CAUTION when clicking on links or attachments.

Good evening patient guest services at HASBRO Children Hospital :

This has got to be the worst hospital experience that I've ever had and it's been a horrific experience over the weekend. I spoke to a doctor named Dr. Matar a covering psychiatrist, who was already given report about my concern regarding Dr. Patel's threat to institutionalize my son.

I talked to her on Saturday and was hoping that you would discharge my son over the weekend, although she did contact someone from the legal department or risk management who told her that she could not discharge my son at the time I requested, but she  reported that she could not discharge my son due to a DCYF complaint.

1/4

Now I'm left with a finding that my son may be held against my will,  and there was no complaint reported to me by HASBRO staff, which she said it was pending there was no complaint about me to DCYF. Immediately after speaking to her, I called DCYF hot line, who notified me that they had just received a complaint right right before I called. therefore the complaint that she made was in bad faith and this is a bad faith reporting since there was no finding or any allegations  about me until I made the request to have my son discharged. Therefore, I am also reporting bad faith reporting on the on the part of your psychiatric staff at House with Children Hospital and that they are racist and this is just a nightmare experience because you cannot treat a family and a child like that as if they have no value as a human being, and does not deserve to be treated even with medical ethics.

Therefore I will no longer be receiving care in your hospital and  the healthcare advocates as well as disability legal team will be in contact with you about this matter. This is a very serious matter, it not only harmful to  me and my son, but other families that are potentially at risk of harm by the staff of your facility. This situation deserves prompt and serious attention as I will obtain legal and professional help, because my sons rights as a patient has been grossly violated .


thank you for your attention


Carline Vilbon

(401) 654-3470

Sent from Yahoo Mail for iPhone

On Saturday, June 27, 2020, 3:39 AM, Carline Vilbon <vilbonc@yahoo.com> wrote:


Good morning;


Attention patient in guest services :


 I am contacting this office because I have numerous concerns about a physician Dr. Patel who spoke to me this afternoon, she's one of the doctors that are taking care of my son in the Behavioral Unit. After speaking with her I feel very concerned and threatened because she threatened to have my son institutionalized rather than allowing him to participate in a partial program. She feels as though the staff from the partial program at Hasbro are not getting along with me, and therefore, my son should bypass that stage and go straight to being institutionalized.


After that conversation I have been unsettled and requested that my son be discharged. I've spoken to a supervisor who told me that there will be a doctor, covering psychiatrist at the hospital tomorrow and I would like for that psychiatrist to evaluate my son and discharge him at once tomorrow.


Since my son was not in voluntarily admitted to HASBRO Children Hospital Behavioral Unit and he does not pose a harm to himself and others, according to the law that supports my wish, I want my son to be

10/1/2020                                (574 unread) - vilbonc@yahoo.com - Yahoo Mail

Find messages, documents, photos or people ⌄

← Back   ⤺   →   🗄 Archive   📁 Move   🗑 Delete   ⊘ Spam



Inbox ⌄
Unread
Starred
Drafts           148
Sent
Archive
Spam
Trash
∧ Less

Views      Show

Folders    Hide
+ New Folder
  Drafts
  Notes
  Outbox

**Fw: ALTAMIR VILBON DISCHARGE SUMMARY**                Yahoo/Sent

Carline Vilbon <vilbonc        Mon, Sep 14 at 5:32 AM
To:
john.barletta@dcyf.ri.go

**I HAVE ALSO ATTACHED HASBRO'S LETTER OF APOLOGY TO THIS EMAIL**

----- Forwarded Message -----
**From:** Carline Vilbon <vilbonc@yahoo.com>
**To:** pgs@lifespan.org <pgs@lifespan.org>
**Sent:** Friday, June 26, 2020, 10:16:46 AM PDT
**Subject:** ALTAMIR VILBON DISCHARGE SUMMARY

**Good afternoon:**

**My name is Carline Vilbon. I am the Mother of Altamir A. Vilbon.**

**Please submit a copy of the attached Discharge Summary to my son's nurse.**

**Her name is Leticia, and she is on the Behavioral Unit, 6th floor, at Hasbro Children Hospital.**

**I will follow-up with your department with a phone call.**

## UNABLE TO REACH YOU FOR AN URGENT MESSAGE

From:  Carline Vilbon (vilbonc@yahoo.com)

To:     john.barletta@dcyf.ri.gov

Date:  Tuesday, September 15, 2020, 10:02 AM PDT

Dear Mrs.  Barletta:

 I am planning to meet you today at 2 PM at HASBRO Children Hospital for a meeting with the doctors regarding my son ALTAMIR Alexander Vilbon.
My brother who was supposed to accompany me had an inconvenience, and is unable to attend this meeting. I texted you and requested that you notify the hospital that I would like my brother to attend the meeting via audio or video on my behalf in my sons behalf.
But have not responded to my text.
 I just want to inform you, that in the absence of my brother, I will not attend this meeting. Because I need his support I, and to witness the meeting.

If there is a problem, when I arrive, I will request for another date for the meeting.

Sincerely,

Carline Vilbon.


Sent from Yahoo Mail for iPhone


  On Monday, September 14, 2020, 8:32 AM, Carline Vilbon <vilbonc@yahoo.com> wrote:

  **I HAVE ALSO ATTACHED HASBRO'S LETTER OF APOLOGY TO THIS EMAIL**

  ----- Forwarded Message -----
  **From:** Carline Vilbon <vilbonc@yahoo.com>
  **To:** pgs@lifespan.org <pgs@lifespan.org>
  **Sent:** Friday, June 26, 2020, 10:16:46 AM PDT
  **Subject:** ALTAMIR VILBON DISCHARGE SUMMARY

  **Good afternoon:**

  **My name is Carline Vilbon. I am the Mother of Altamir A. Vilbon.**

  **Please submit a copy of the attached Discharge Summary to my son's nurse.**

  **Her name is Leticia, and she is on the Behavioral Unit, 6th floor, at Hasbro Children Hospital.**

  **I will follow-up with your department with a phone call.**

  **Sincerely,**

10/1/2020                                Yahoo Mail - DCYF Texts

No Service 🛜                    **1:54 PM**               53% ▭

                    

John DCYF Worker ›

## Yr welcome

Mon, Sep 14, 10:04 AM

Good morning,
I emailed you the complaints
that I made to Hasbro, letter of
apology as well as my son's
discharge summary from BCH.
I will meet you at Hasbro 6
at 2 PM this afternoon.

Thanks again

Mon, Sep 14, 12:24 PM

Excuse me,
I just noticed the date of the
meeting is for tomorrow at 2
PM.

2/3

10/1/2020

Yahoo Mail - DCYF Texts

## DCYF Texts

From:  Carline Vilbon (vilbonc@yahoo.com)

To:      vilbonc@yahoo.com

Date:  Thursday, October 1, 2020, 11:03 AM PDT

 Service  1:51 PM  @ ✈ 🕐 54%  ‹ 62

John DCYF Worker ›

Good morning John. I wanted to ask u your investigation that since my son has been admitted at HASBRO Children hospital they refused to treat him appropriately. They placed him in a medical floor and denied him to treatment in the psych unit. A nurse named Stephanie told me that the staff and the psychiatric staff said that Debbie refuse my son ALTAMIR Alexander Vilbon on the floor therefore they are refusing treatment for my son. Since then his emotional and psycho psychological state has worsened he has been restrained chemically and physically and is experiencing clusters of seizures. I urge you to place a phone call to

John DCYF Worker ›

to place a phone call to the said children hospital to look further into this situation because it is concerning. It is significant in your investigation as well as the outcome of whether or not my son's health and condition improves or worsens thank you I appreciate it

Hello John!
Will you please do something. My son is being abused at HASBRO.

Meeting this Tuesday on yr sons unit. 2 pm. With all the doctors.  Can u make it. Please respond.  Thanks. Jon Dcyf.

             

1/3

# Exhibit F

## Fw: [EXTERNAL] : Regarding our scheduled Zoom call with my son

From:  Carline Vilbon (vilbonc@yahoo.com)

To:    graceaime7@gmail.com

Date:  Tuesday, October 13, 2020, 07:21 AM PDT

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, October 13, 2020, 10:08 AM, Carline Vilbon <vilbonc@yahoo.com> wrote:

Excuse my error from previous message;

The conversation between Chris from BCH,
and Dr. Patel occurred last week.

And I requested that Dr. Patel and other HASBRO doctors to speaks to my attorney and not me directly.

Carline Vilbon

Sent from Yahoo Mail for iPhone

On Tuesday, October 13, 2020, 9:57 AM, Carline Vilbon <vilbonc@yahoo.com> wrote:

Excuse me Tia;

This is not what Chris and I discussed. Furthermore, Chris is not in a position to make that decision as
he is not a medical expert. Additionally, as Altamir's mother, I reserve the right to make medical
decisions that are within sound judgment and for his best interest.
You should also note that his care is being affected by not receiving proper care from his specialist, Dr.
Sansevere, at BCH, who has been most effective in treating his medical condition.

Thanks again,

Carline Vilbon

Sent from Yahoo Mail for iPhone

1/8

On Tuesday, October 13, 2020, 9:49 AM, SaeEung, Tia (DCYF)
<Tia.SaeEung@dcyf.ri.gov> wrote:

Hi Carline, Yes I have spoken with Social worker Chris Ryan at BCH. Myself and Chris
discussed Alex and his needed treatment. Chris reported Alex **does not** need to go to
BCH, as he can get psychiatric and epilepsy treatment in RI and he does not require the
specialty of BCH.
If you would like Dr. Patel to speak with Chris or Dr. Sansevere regarding this request,
please let me know and let Hasbro know so they can further explore this matter.

Tia

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Tuesday, October 13, 2020 9:43 AM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** Re: [EXTERNAL] : Regarding our scheduled Zoom call with my son

Good morning Tia;

Thanks for setting up this appointment.

Also, I'd like to inform you that Dr. Patel, continues to refuse
my son's transfer to any other hospitals and this was my fourth
attempt.

Earlier last week I have contacted Boston Children's Hospital
(BCH), in order to have my son transferred. Yesterday the
social worker Chris Roy, from BCH Epilepsy Department,
called and told me that in order for BCH to accept Alamir's
transfer, this would have to be initiated by HASBRO per my
request. And then he said that he had spoken to you, the DCYF
social worker, and explained the steps that needed to be taken.
And that you would have to facilitate the out of state transfer
for my son's care.

Additionally, I called and obtained authorization from
OPTUN's Utilization Review to pay for my son's out of state

medical treatment, because he is in need of a hospital that can can treat him both medically, and psychologically.

And that there are no other children hospital in Rhode Island other than HASBRO that treats both conditions and that my son is not receiving good care at Hasbro as his medical condition worsened.

And in addition to his psychological state, he requires continuous medical from an epilepsymologist specialist, which Rhode Island doesn't have. But he is in the care of Dr. Sansevere, an epilepsymologist at BCH, who would also oversee his specialized medical needs, while hospitalized. And that he has missed his appointments with Dr. Sansevere, because of his currently at HASBRO, where his care needs are not being met.

And would need to be transferred to BCH, in order for Altamir to receive proper medical care.

Additionally, I am not requesting this transfer to by-pass, the legal process that is pending before the Court, but as the sole and best option to resolve my son's medical problems at this time.

While I was talking to Chris the BCH social worker, Dr. Patel from HASBRO called me. and told me she received a call from BCH about Altamir's transfer, and asked me to give her the name of the doctor who is going to take Altamir., and would not transfer him without have that information. Again she is uncooperative with the transfer, because Chris reiterated as Butler Hospital and Carney Hospital intake staff told me, that HASBRO has to initiate the transfer in order to find which doctor will be assigned to my son. And that it is not my responsibility.

Dr. Patel told me not to call the unit to check in my son, and that she would be the one to give me daily updates at 12 pm, despite my request that she contact my instead, she called me from an unknown number. But then I asked her to email me instead.

My son was restrained for ten consecutive days, isolated and secluded from social interactions, TV, and family.
And needs to be re-evaluated for trauma as well as his any change in medical  condition.

Please help facilitate my son's transfer to BCH by contacting Chris at (617) 355-0581 and per DCYF.

Sincerely,

Carline Vilbon.

Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

On Tuesday, October 13, 2020, 9:20 AM, SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov> wrote:

Good morning Carline, I have set up a in person visit for tomorrow Wednesday October 1th at 10AM at Hasbro. Please bring an ID for check in.

Tia

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Friday, October 9, 2020 9:50 AM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** Re: [EXTERNAL] : Regarding our scheduled Zoom call with my son

Please ask your covering social worker to call me on my phone and leave me a voicemail message, in addition to email for the in person visit appointment. Because I might not receive email from an unknown source.

Thank you

Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

On Thursday, October 8, 2020, 1:43 PM, SaeEung, Tia (DCYF)
<Tia.SaeEung@dcyf.ri.gov> wrote:


I will call the hospital to set something up, I will need to find another worker to cover
this visit as I am off tomorrow and the weekend. I will keep you informed of the visit
time and date.



Tia



**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Thursday, October 8, 2020 1:17 PM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** Re: [EXTERNAL] : Regarding our scheduled Zoom call with my son


Good afternoon;


I would like to visit my son as soon as this week.  But I would appreciate it if my
brother  could be on the speaker during the visit.

This was allowed previously at HASBRO meetings.


Thank you


Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

On Wednesday, October 7, 2020, 11:23 AM, SaeEung, Tia (DCYF)
<Tia.SaeEung@dcyf.ri.gov> wrote:


Would you like me to schedule the in person visit for this week, or would you like
me to wait until you speak with your attorney?



**Tia Sae-Eung**

Social Case Worker Ii

Department of Children, Youth, and Families

530 Wood Street

Bristol, RI 02809

Office: (401)254-7029

Fax: (401)254-7068

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Wednesday, October 7, 2020 10:12 AM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** Re: [EXTERNAL] : Regarding our scheduled Zoom call with my son

Based on our phone conversation this morning, I am referring you back to my attorney, because your one hour only supervised visits, without any additional phone calls is not sufficient to maintain contact with my son, as you have told me that this is what you are allowing for now.

Carline Vilbon, mother of Altamir A. Vilbon

Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

530 Wood Street

Bristol, RI 02809

Office: (401)254-7029

Fax: (401)254-7068

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Thursday, October 1, 2020 10:29 AM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** [EXTERNAL] : Regarding our scheduled Zoom call with my son

Hello Tia:

I just wanted to let you know that I have some concerns about our conversation a few minutes ago. And that you stated that my son was not able to be regulated after our last Zoom call. Although I did clarify that I was just informing him about the stage that I was in, to resolve the problems we're experiencing, and clarified that I was not inappropriate.

However it was my son who was emotional because he had not spoken with me and his family in a long time. You still found that he was not able to be regulated after our last call. And this was not my impression at all. On the Contrary, Alex was very exited and happy to see me and talk to me.

And to prevent any further misunderstandings, I requested that our zoom call be recorded, prior to our call, but you declined. My reason for this is to keep a record of those communications so that if needed, that the Court would be able to determine what was said, and whether appropriate or not.

So, I have decided to cancel our Zoom call scheduled for 12:30 PM tomorrow, and address this issue in court on Monday, with my attorney present.

Thanks again,

Carline Vilbon, mother of Altamir A. Vilbon.

Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

Carline Vilbon, mother of Altamir A. Vilbon.

Sent from Yahoo Mail for iPhone [overview.mail.yahoo.com]

# Exhibit G

Re: [EXTERNAL] : Visitation and Call Schedule

From:   Carline Vilbon (vilbonc@yahoo.com)

To:     tia.saeeung@dcyf.ri.gov

Date:   Monday, October 19, 2020, 08:59 AM PDT

Jus so you know, you did not have my permission to do that. Therefore you are assisting those who have abused my son

   On Monday, October 19, 2020, 08:01:48 AM PDT, SaeEung, Tia (DCYF) <tia.saeeung@dcyf.ri.gov> wrote:

Visit is scheduled for tomorrow at 10AM at Hasbro.

Following Alex's interview, he has been accepted to the Rumford house for placement. I have attached the link below so you can have some information on the placement. We are looking to schedule an admission date for Alex this week.

https://www.lifespan.org/centers-services/center-autism-and-developmental-disabilities-cadd/residential-services

**Tia Sae-Eung**

Social Case Worker II

Department of Children, Youth, and Families

530 Wood Street

Bristol, RI 02809

Office: (401)254-7029

Fax: (401)254-7068

# Exhibit H

## Notification of Child Protective Services Investigation Findings

Carline Vilbon
74 Prince St
Pawtucket, RI  02860

Date:  09/29/2020
Case #: 20171057
Investigation #: 490702

Dear Carline Vilbon:

Based upon a recent investigation of you by the Child Protective Services Division of the Department of Children, Youth and Families, it has been concluded that:

There exists a preponderance of evidence to support the following allegation(s) therefore they are Indicated against you.

| Allegation | Allegation Description | Victim |
|---|---|---|
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Other Neglect | Altamir A. Vilbon |
| Neglect | Medical Neglect | Altamir A. Vilbon |

There does not exist a preponderance of evidence to support the following allegation(s) therefore they are Unfounded.

| Allegation | Allegation Description | Victim |
|---|---|---|
| Physical Abuse | Excessive/Inappropriate Discipline | Altamir A. Vilbon |

1. The Department shall maintain a permanent record of the 'indicated finding(s)' as noted above unless successfully appealed.

2. The Department shall maintain a record of any 'unfounded' finding for a period of three (3) years.

3. You have the right to review the Department's investigative file at the DCYF Office of Legal Counsel upon reasonable written notice to the Department.  Notwithstanding the foregoing, you shall not be entitled to view the reporter's name or any privileged or confidential information that is contained in the file.  You may request in writing directed to the Chief Legal Counsel, that information contained in said file be corrected or removed for good cause.

4. Pursuant to the provisions of R.I.G.L. 40-13.2-3.1 and DCYF Policy 700.0105 the indicated findings referenced below could be automatic disqualifying information for purposes of child care employment:

SM06AF45 (DCYF #183) (Use with policy 500.0085)                                    Version Date: 02/2017

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
### DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES

### Notification of Child Protective Services Investigation Findings

Death, Brain Damage/Skull Fracture, Subdural Hematoma, Internal Injury, Malnutrition/Starvation, Sexually Transmitted Disease, Sexual Intercourse, Sexual Exploitation, Sexual Molestation, Failure to Thrive, Burning/Scalding, Poisoning, Wound, Bone Fracture, Human Bite, Sprain/Dislocation

In limited situations, involving incidents in which there is no serious physical injury to a child, there can be an administrative determination that, notwithstanding an indication of one of the following three allegations, the individual may not be disqualified from employment or licensing:

Excessive/Inappropriate Discipline, Drug/Alcohol Abuse, Cut/Bruise/Welt

5.  Copies of the Department's Complaints and Hearing policy may be obtained from the EOHHS Appeals Office at 462-2132. You have the right to appeal any 'indicated' finding(s). If you wish to appeal you must do so by submitting written notice to the Executive Office of Health and Human Services, Appeals Office, Virks Building, 3 West Road, Cranston, RI 02920, within thirty days of receipt of notification of any adverse agency decision.

6.  In the event that the 'indicated' findings made in the above referenced investigation are the subject of a hearing before the Rhode Island Family Court, and if the Court makes a final determination that the abuse and/or neglect did not occur, the 'indicated' findings will be reversed to 'unfounded'. In such cases, the records relating to the 'unfounded' findings will be expunged three (3) years from the date of the finding of no abuse and/or neglect in accordance with R.I.G.L. 40-11-3 and 40-11-13.1.

Submitted By:

John F. Barletta
Child Protective Investigator

(401) 528-3479
Telephone Number

Authorized By:

Lisa M. D'Antonio
Child Protective Investigator Supervisor

(401) 528-3466
Telephone Number

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES

## Notification of Child Protective Services Investigation Findings

Carline Vilbon
74 Prince St
Pawtucket, RI 02860

Date: 09/18/2020
Case #: 20171057
Investigation #: 490702

Dear Carline Vilbon:

Based upon a recent investigation of you by the Child Protective Services Division of the Department of Children, Youth and Families, it has been concluded that:

There exists a preponderance of evidence to support the following allegation(s) therefore they are Indicated against you.

| Allegation | Allegation Description | Victim |
|---|---|---|
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Medical Neglect | Altamir A. Vilbon |
| Neglect | Other Neglect | Altamir A. Vilbon |

There does not exist a preponderance of evidence to support the following allegation(s) therefore they are Unfounded.

| Allegation | Allegation Description | Victim |
|---|---|---|
| Physical Abuse | Excessive/Inappropriate Discipline | Altamir A. Vilbon |

1. The Department shall maintain a permanent record of the 'indicated finding(s)' as noted above unless successfully appealed.

2. The Department shall maintain a record of any 'unfounded' finding for a period of three (3) years.

3. You have the right to review the Department's investigative file at the DCYF Office of Legal Counsel upon reasonable written notice to the Department. Notwithstanding the foregoing, you shall not be entitled to view the reporter's name or any privileged or confidential information that is contained in the file. You may request in writing directed to the Chief Legal Counsel, that information contained in said file be corrected or removed for good cause.

4. Pursuant to the provisions of R.I.G.L. 40-13.2-3.1 and DCYF Policy 700.0105 the indicated findings referenced below could be automatic disqualifying information for purposes of child care employment:

Death, Brain Damage/Skull Fracture, Subdural Hematoma, Internal Injury, Malnutrition/Starvation, Sexually Transmitted Disease, Sexual Intercourse, Sexual Exploitation, Sexual Molestation, Failure to Thrive, Burning/Scalding, Poisoning, Wound, Bone Fracture, Human Bite, Sprain/Dislocation

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES

### Notification of Child Protective Services Investigation Findings

In limited situations, involving incidents in which there is no serious physical injury to a child, there can be an administrative determination that, notwithstanding an indication of one of the following three allegations, the individual may not be disqualified from employment or licensing:

Excessive/Inappropriate Discipline, Drug/Alcohol Abuse, Cut/Bruise/Welt

5. Copies of the Department's Complaints and Hearing policy may be obtained from the EOHHS Appeals Office at 462-2132. You have the right to appeal any 'indicated' finding(s). If you wish to appeal you must do so by submitting written notice to the Executive Office of Health and Human Services, Appeals Office, Virks Building, 3 West Road, Cranston, RI 02920, within thirty days of receipt of notification of any adverse agency decision.

6. In the event that the 'indicated' findings made in the above referenced investigation are the subject of a hearing before the Rhode Island Family Court, and if the Court makes a final determination that the abuse and/or neglect did not occur, the 'indicated' findings will be reversed to 'unfounded'. In such cases, the records relating to the 'unfounded' findings will be expunged three (3) years from the date of the finding of no abuse and/or neglect in accordance with R.I.G.L. 40-11-3 and 40-11-13.1.

Submitted By:

John F. Barletta
Child Protective Investigator

(401) 528-3479
Telephone Number

Authorized By:

Anthony C. Marsella
Child Protective Investigator Supervisor

(401) 528-3467
Telephone Number

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Department of Children, Youth and Families
DIVISION OF CHILD PROTECTIVE SERVICES
101 Friendship Street
Providence, RI 02903

I.I.  12/04/20

mr Carline Wilbon
74 Prince St
Paucet RI 02860

U.S. POSTAGE>> PITNEY BOWES

ZIP 02806  $ 000.33⁹
02 4N
0000335534 DEC 03 2020

PRESORTED
FIRST CLASS

**Carline Vilbon**

**74 Prince Street**

**Pawtucket. RI. 02860.**

**Ph: (401) 654-3470**

**Dated October 23, 2020**

Executive Office of Health and Human Services

Appeals Office

Virks Building,

3 West Road

Cranston, RI. 02920

## NOTICE OF APPEAL OF DCYF MEDICAL NEGLECT DECISION

To whom it may concern:

I wish to appeal the following DCYF decision:

Date 09/29/2020

Case # 20171057

Investigation #: 490702

Sent by Certified Mail Return Receipt # 7018-0680-0000-8106-7631

Sincerely,

Carline Vilbon,

# STATE OF RHODE ISLAND
## DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES
### Formal Request for Hearing

This form must be filed with the **Administrative Hearing Officer, Department of Children Youth and Families, 101 Friendship Street, Providence, RI 02903**, within thirty (30) days of receipt of an adverse agency decision.
**Please ensure that all applicable information is complete, accurate and legible.**

Name: _Carline Vilbon_          Date of Birth: _06/12/1972_
**(All maiden and married names must be included)**          _R.I- 02860_
Address: _74 Prince St, Pawtucket_ Telephone: _(401) 654-347(_

**Please check all of the following that apply to the filing of this appeal.**

- [x] You were indicated for an allegation(s) of **child abuse and/or neglect**.
- [ ] You were denied **employment**. If so, name of prospective employer _____
- [ ] You were denied a **license** by the Department for Children Youth and Families.
- [ ] You were denied as a **placement resource** for a child(ren). If so, name of child(ren) _____

- [ ] You were denied **eligibility for services as a youth age 18 - 21.**
- [ ] Other: _____
**Note: a request for an appeal based on a criminal records check must include a copy of the disqualifying information.**

Please briefly state the issue(s) you wish to address at the hearing. (Please use the reverse side of this form if you require additional space.) _in violation of DCYF Rules of Ethics The DCYF investigation was unjust, biased, racially discrimination motivated and Hasbro Children Hospital retaliated against me & provided inacura false information_

Name(s) and Date(s) of Birth of Child(ren) Involved in this Appeal
_Altamir A. Vilbon   02/01/07_

Name & Address of Mother: _Carline Vilbon 74 Prince St, Pawtucket RI_
Name & Address of Father: _Ikechukwu R. Anuforo_
Name & Address of Foster Parent(s): _____
Name of Child Protective Investigator: _John Barletta_
Name of Social Worker: _Tia SaeEung_
Name of other DCYF involved staff: _____

**I understand that I may represent myself or be represented by legal counsel.**

The Department, in accordance with Title VI of the Civil Rights Act of 1964, and other Federal and State regulations, does not discriminate on the basis of race, color, national origin, age, sex, gender identity or expression, sexual orientation, religious belief, political belief or disability in admission or access to treatment or employment in its programs or activities. The Department's Equal Opportunity Officer will attend all hearings where discrimination is an issue before the Hearing Officer.

Signature of Complainant: _Carline Vilbon_

DCYF #016 (Use with Policy: 100.0055, 700.0105, 700.0240, 900.0040)          Version Date: 2/08

_Sent by Certified Mail Receipt No. 7018 0680 0000 8106 7624_

# Exhibit I

## Re: [EXTERNAL] : Altamir's Suit Case

From:  Carline Vilbon (vilbonc@yahoo.com)

To:    tia.saeeung@dcyf.ri.gov

Date:  Thursday, October 29, 2020, 10:08 AM PDT

Excuse me Tia,

I am just receiving this message. I will call the unit to find out if my signature is still required.

Thanks,

Carline

On Thursday, October 29, 2020, 05:40:13 AM PDT, SaeEung, Tia (DCYF) <tia.saeeung@dcyf.ri.gov> wrote:

Hi Carline thank you for this information, Alex will be connected to all of his providers while at Rumford House.

Can you meet at **Hasbro at 12PM Today for Alex's discharge**?? There will be paperwork to sign and if you refuse to sign the paperwork, it can be faxed to the Department for signing to allow Alex to change placements.

Tia

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Wednesday, October 28, 2020 5:02 PM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** Re: [EXTERNAL] : Altamir's Suit Case

Yes, and I also wanted inform you of Altamir's healthcare providers, so that

You could make follow up appointments with them.

As Altamir is expected to be discharged to morrow, and the following list of his health care providers must be maintained for continuity of care.

1. Dr. Cameron Lang at Blackstone Valley Community Health Center (Primary care) in Pawtucket, RI

2. John Ricetelli (Therapist) in North Providence

3. Geran Keough NP at Quality Behavioral Health, in Warwick, RI

4. Performance Physical Theraphy, in Pawtucket, RI

5. Dr. Arnold Sinsevere at Boston Children's Hospital (Epileptologist)

6. Boston Children's Hospital Developmental Medicine

please let the doctors know, so they maintain continuity of care..

Thanks,

Carline Vilbon

- Delete
- Move to
- Forward
- Rep

Monday, October 26, 2020, 06:48:20 AM PDT, SaeEung, Tia (DCYF)
<tia.saeeung@dcyf.ri.gov> wrote:

On Wednesday, October 28, 2020, 12:08:03 PM PDT, SaeEung, Tia (DCYF) <tia.saeeung@dcyf.ri.gov>
wrote:

Yes you can bring an empty suitcase for Alex so he can pack his belongings in.

Tia

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Wednesday, October 28, 2020 2:55 PM
**To:** SaeEung, Tia (DCYF) <Tia.SaeEung@dcyf.ri.gov>
**Subject:** [EXTERNAL] : Altamir's Suit Case

Hello Tia;

I would like to Bring Altamir his suit case. I would like to know if you have contacted the unit about it, if not
I will call them to arrange to drop it off.

Thanks,

Carline

# Exhibit J

## Re: ALTAMIR VILBON 's MISSED MEDICAL APPOINTMENTS and SCHOOL PLACEMENT AND

From:   Daigle, Diane (ddaigle@courts.ri.gov)

To:     vilbonc@yahoo.com

Cc:     bparker@courts.ri.gov

Date:   Thursday, November 19, 2020, 02:52 PM PST


Good Evening Ms. Vilbon,

Thank you for updating me on Altamir. I am happy to hear that Altamir has been released from the hospital.  I have copied Ms. Parker on this since she is the assigned social worker assigned to assist me in Altamir's case. I ask that you copy her on all further correspondence.  We work as a team on all case we are assigned to. Bethany did inform me of the strong bond that you and Altamir have. It is important that you stay strong for him as the case proceeds.
Sincerely,
Diane Daigle


On Nov 19, 2020, at 4:54 PM, Carline Vilbon <vilbonc@yahoo.com> wrote:


Good afternoon attorney Daigle,

I just wanted to add that the Rumford House has been avoiding me. They are refusing to answer my call. This started since my son was discharged from Hasbr6.

Thanks,
Carline Vilbon

On Thursday, November 19, 2020, 01:24:43 PM PST, Carline Vilbon <vilbonc@yahoo.com> wrote:


*

*

*

*

Good attorney Daigle

This Carline Vilbon, mother of Altamir A. Vilbon.
I wanted you to be aware that Altamir has missed a couple of medical appointments that are very essential for his wellbeing.

On November 10, I made the following appointments, and texted Lynn the charge Nurse at the Rumford as agreed:

Also,  Alex has the following appointments scheduled:

John Richetelli therapist at Morin Therapy, on Tuesday 11/17 , 1PM
1803 Smith Street
North Providence, RI

Performance Physical Therapy
with Makayla on Thursday 11/19, at 1 PM
21 Division Street
Pawtucket RI

And on November 12, I  also notified Lynn of the following scheduled ppointment  for Alex,
with his his psychiatric medication prescriber
Jean Keough NP
on Tuesday 11/24  5 PM
At Quality Behavioral Health
75 Lambert Lind Hwy
Warwick, RI. 02886

But today, Altamir did not attend his physical Therapy appointment and Lynn told me one hour before the
appointment that Alex could not go because of short staffing. Eventhough she was aware, and the she told
me that she was going to cancel the appointment but she did not, because I received a call from the facility
asking g why my son was late.
I am now stuck with a no show, and late cancellation fee of $75.00.
Also, my son school placement has not been arranged with the Pawtucket School Department.
I have emailed them, to make the arrangements,  but I am still waiting for a reply.
I am concerned that my son's continuity of care is not being followed.
Additionally,  my son has numerous medical diagnoses,  and relies on his healthcare provider for the
treatment.

I am concerned that if not corrected, my son's health will deteriorate,  and could affect him both physically
and psychologically.

.And based on these concerns, my son's needs are also being neglected and are reportable to the DCYF as
well.

Also, it has been nearly one month since Tia the DCYF social worker held a meeting with the Pawtucket
School Committee for my son's school placement,  and he still not enrolled in the home schooling.

Also, prior to  my son's discharge from Hasbro on 10/29/20, I emailed Tia the list of my son's healthcare
providers, which consists of the following:

1. Dr. Cameron Lang at Blackstone Valley Community Health Center (Primary care) in Pawtucket, RI

2. John Ricetelli  (Therapist) in North Providence

3. Geran Keough NP at Quality Behavioral Health, in Warwick, RI

4. Performance Physical Theraphy, in Pawtucket, RI

5. Dr. Arnold Sinsevere at Boston Children's Hospital (Epileptologist)

6. Boston Children's Hospital Developmental Medicine.

* But Tia did not make any appointments with them.

* Additionally, my son had a panicky attack last Friday, and was sent to Hasbro Children's hospital. His panic attack was because I was leaving the group home, and he did not want me to leave. He suffers from separation from me and our home. Hasbro kept my son for observations for five days, which is way above the norm 24 to 48 hours, and my son did not exhibit any behavioral concerns at that time. He was put in a confined space, with no room to walk, was anxious and uncomfortable and lost his balance and fell in his bathroom because of misuse of his muscles and inadequate ambulation . He was deprived from ambulation which is required for his left foot paralysis. Additionally, to holding g my son longer than it was necessary. Hasbro placed several calls to the director of Rumford House, to determine whether my son should return to the group home, even though he had no issues during his hospitalization. Eventhough the staff at the Rumford House, (including the social worker Adam, ) had no objections about taking g my son back, Hasbro influenced the Rumford House's decision to not accept my son, if he were to have another panic attack. And he was not violent.

* Therefore, since Hasbro is affiliated with the Rumford House, I am concerned that Rumford House will be extremely influenced by Hasbro (who's interest has always been to place my son in a mental institution without proper interventions) in reaching medical diagnoses and healthcare recommendations for son.

* Moreover, my reported that he was mistreated and traumatized during his previous hospitalization at Hasbro

* Therefore I am requesting for you to file an expedited motion for a placement for my son into a facility that is not affiliated with Hasbro, and who is no judgemental in caring for his healthcare needs. Additionally, I wouldn't want my son to end up I. A mental institution.

Sincerely,

Carline Vilbon, mother of Altamir A. Vilbon
(401) 654-3470

# Exhibit K



5:02

**Lynn from Rumf...**
+14016230321

Thursday, November 12, 2020

Good afternoon Lynn;
Alex is scheduled for and
appointment with his his
psychiatric medication
prescriber
Jean Keough NP
on Tuesday 11/24  5 PM
At Quality Behavioral
Health
75 Lambert Lind Hwy
Warwick,  RI. 02886

Thanks,

Carline Vilbon

2:10 PM

Ok, thank you for
schefulimg that. I
appreciate all your help.   2:22 PM

Saturday, November 14, 2020



12:28

Lynn from Rumf...
+14016230321

Saturday, November 14, 2020

Good morning Lynn

I forgot to tell you yesterday, that Alex had an order of Lorazepam 1 mg for anxiety and agitation but it has expired. It was prescribed by a psychiatrist at BCH.

Also, I had discussed with a doctor the Alex has alot of impulsivity mood problems.

If you have also made th

View all

8:07 AM

Also, I will request a copy of the Lorazepam order for you from the

12:29

‹ **Lynn from Rumf...**
+14016230321

8:07 AM



8:18 AM

Thank you. We left you messages last night that Alex had to go to Hasbro ED for evaluation. I believe Adam left his number along with the doctor caring for Alex so you can get further info. I just want to make sure you were aware. Ty

2:43 PM

Wednesday, November 18, 2020



# Exhibit L

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 01/28/2021 14:46 | Providence Police Department | |
| **Login ID:** | apandozzi | **ORI Number:** | RI0040900 |

**Incident:** 2020-00077524

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 9/17/2020 2:58:30 PM | **Incident Type:** | Check Well Being |
| **Location:** | EDDY ST /  DUDLEY ST | **Venue:** | PROVIDENCE |
| | Providence RI 02903 | | |
| **Phone Number:** | ▮▮▮▮▮▮ | **Source:** | Telephone |
| **Report Required:** | Yes | **Priority:** | Routine |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 221 | 16082-Hourahan |
| 222 | 16076-Francis |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | Caller | CARLEEN | <UNKNOWN> | | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Disposition(s)

| Disposition | Count |
|---|---|
| 2NR | 1 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Page: 1 of 2

# CAD Narrative

09/17/2020 14:59:38  jcbutler  Narrative: SAYS HER SON IS REPORTING ███████████ 13 YRS OLD IS ON THE 6TH
FLOOR AND IS STATING THAT HER SON IS BEING ABUSED BY STAFF
09/17/2020 14:59:46  jcbutler  Narrative: SAYS THEY ARE HITTING HIM AND BEING AGGRESSIVE WITH HIM
09/17/2020 15:00:25  jcbutler  Narrative: @HASBRO CHILDREN HOSPITAL
09/17/2020 15:00:28  jcbutler  Narrative: WILL MEET IN MAIN LOBBY
09/17/2020 15:08:15  phourahan  Narrative: Dispatch received by unit 221
09/17/2020 15:11:50  afrancis  Narrative: Dispatch received by unit 222
09/17/2020 15:19:56  diannucci  Narrative: MEET AT FRONT DOOR
09/17/2020 15:35:31  diannucci  Narrative: NO REPORT NEEDED   10-8

# Exhibit M

## URGENT REQUEST TO TRANSFER ALTAMIR VILBON TO ANOTHER HOSPITAL

From:  Carline Vilbon (vilbonc@yahoo.com)

To:      ddaigle@courts.ri.gov

Date:  Wednesday, October 7, 2020, 10:01 AM PDT

RE FAMILY COURT CASE No. PJ20-002943

PLEASE SEE ATTACHED COMPLAINTS AND HASBRO HOSPITAL TRANSFER REQUEST

Good afternoon attorney

My son's health was further compromised in a life-threatening way over the weekend by the staff at Hasbro. Therefore, I would like to request immediate intervention from the Court.
Please see the attached three pages letters from Judith Vargas and me. These letters were notarized and true copies given to attorney Pires tol bring them to me in court.. My brother has also written a letter of concern about my son.

In addition to the attached email complaints to Hasbro administration.

Also, my son reported that their is a staff who keeps triggering him and causing him to get restrained on purpose.

He needs to be removed from Harbro into another hospital. His life is in danger

Thanks,

Carline Vilbon

 Hospital Trasfer Request and other Complaints.pdf
1.8MB

STATE OF RHODE ISLAND

FAMILY COURT

PROVIDENCE, SC

Department of Children

Youth and Families

VS.                                          CASE No. PJ20-002943

CARLINE VILBON

Dated October 16, 2020

## AFFIDAVIT OF CARLINE VILBON MODIFY PLACEMENT VISITATION AND PHONE CALL COMMUNICATIONS

I, Carline Vilbon, the Defendant hereby request this Honorable Court to grant modification of child placement for the upcoming hearing , because it is necessary to prevent further harm to my son Altamir A. Vilbon, which he suffered at the current facility, Hasbro Children's Hospital.

And as ground I state the following:

- Hasbro Children's Hospital's staff has placed my son in unhealthy and harmful conditions, that has harmed him, and such harmful actions caused a rapid and worsening of his medical and psychiatric conditions.

- During my supervised visit with DCYF on 10/14/20, with my brother Sony Vilbon on speaker phone, Altamir was again on seclusion, initially, he did not remember why he was placed on seclusion, His exhibited drastic memory impairment resulting from trauma and undue stress that was inflicted on him. And then, as time went by, he told me that he had a conflict with another patient, which led to his seclusion. He stated " I tried to hurt

Page 1 of 3

had a conflict with another patient, which led to his seclusion. He stated " I tried to hurt myself in the past, because my life is meaningless without you mommy". This incident was not reported to me. Altamir had also been Isolated from me and his family who he relied on for emotional support for over one month (see attached letters from Judith Vargas, Sony Vilbon and me as well as email complaint to Hasbro PGS dated **Exhibit 1, 2 4 & 3**) He also stated " mommy, I feel like I am being tortured".

My observation of his room: It was cold and empty, with no television, he only had a bed and mattress and pillow without sheets or cover, and a heavy plastic blanket, such as those used during X-ray exams to cover himself. Again, he was placed in this harsh brutal condition, which he described for over two days, because of a conflict with another patient. He received no appropriate psychiatric and medical interventions, care or attention for the said incidents, but was isolated, secluded from family and social interactions, and frequently restrained physically and chemically which he also reported.

- Hasbro's Psychiatrist Dr. Patel refused to transfer my son to another hospital after four attempts, when I requested, out of concern for my son's health and safety because he suffers from unstable Epilepsy, paralysis of the left foot, and tachycardia, which leaves him even more vulnerable to irreparable harm.

From September 17, 2020, the day of the initial incident which caused me to refuse to sign Altamir's discharge summary, I have been requesting for my son's transfer, which was unjustly denied in violation of Hasbro's Policy and procedures for transferring patients, and in violation of my son's rights as a patient, and my legal rights as a parent who has the authority to make legal decisions for him (See Hasbro PGS email complaint Exhibit 5).

- Dr. Patel's intentionally planned to place Altamir in a long-term facility, without going through steps required for appropriate treatment which has caused me a great deal of distress  (See Hasbro PGS Email complaint and Hasbro Letter of apology, **in Exhibit 5 & 6**).

- DCYF's Social worker Tia is unwilling to intervene when I attempted to transfer my son to Boston Children's Hospital  (BCH) despite the concerns that I raised, and BCH communication with her, and my son's need to be seen by his Epileptologist specialist at BCH (which specialty Rhode Island does not have),  and that I requested an updated assessment of my son's condition, to facilitate an out of state transfer for my son.

Therefire, I, the Carline Vilbon,  respectfully request this Court order to expedite modification of placement order for my son Altamir A. Vilbon to be transferred to Boston Children's Hospital, or another hospital, capable of treating my son's medical and psychiatric needs, to so he may receive prompt and effective medical care, and prevent further harm to him.

Respectfully submitted

Carline Vilbon
74 Prince Street
Pawtucket, RI 02860
401-654-3470
**Dated: October 16, 2020**

EXhiBI 1

**Carline Vilbon**

**74 Prince Street**

**Pawtucket, RI. 02860**

**Ph: (401) 654-3470**

To: Family Court                                           October 6, 2020

1 Dorrance Plaza

Providence, RI. 02903

RE: Case No. PJ20-002943

Dear Justice:

I am writing to inform you of some critical matters that require your prompt intervention, and to request a Court order to correct the following probems:

1.  **Court order to transfer Altamir A. Vilbon to another psychiatric hospital for further evaluation and psychiatric and medical care**

Since September 18, the date of filing of this complaint, I have spoken to my son Altamir twice due to phone restrictions placed bay Hasbro Children's Hospital. Altamir remains isolated from his family, who he relies on for emotional support, and has expressed suffering from not being able to communicate with us. For the past three weeks, my brother Sony Vilbon has not spoken to Altamir, despite his efforts in calling him daily, his messages were not delivered to Altamir. And when I called to inquire about this problem, a nurse name Laura told me that Altamir refused to speak to us. I complained to Hasbro's administration about this problem, but it has not been corrected (**see Hasbro email complaint dated 09/24/20**).

In addition to isolating Altamir, several nurses from Hasbro called me over the weekend, to inform me that Altamir was placed on restrain and seclusion, without television and social interaction, since Friday October 2, 2020. On 10/03/20, I went to Hasbro, after receiving the notice that my son was restrained to speak to the Nursing supervisors at Hasbro, and following my complaint, Amy the nursing supervisor called me about two hours later to inform me that Altamir had still been on a restraint. It appeared my son was placed on restraint at Hasbro for many hours on that day. On 09/29, during a Zoom call with Altamir, he reported that he was restrained at least seven times. But only one incident was reported to me at that time.

On 10/04/20, I called the Rhode Island Department of Health emergency hotline, to this life-threatening violation, and then after I called many facilities to have my son transferred, and a staff at Butler hospital told me that there would be a bed available on 10/05/20. An then  I called Hasbro and in formed Amy, Altamir's nurse, that I am requesting a transfer for my son to Butler Hospital today, and went on to file another complaint to Hasbro's administration via email (**see emails 10/04 to Hasbro PGS**),  At approximately 9 am, my son's nurse Sharon confirmed that Amy sent a secured message to doctor Patel, the psychiatrist, but she was unwilling and uncooperative with my request, since she is the one ordered the restraint. And then this morning,

10/06/20, I called Hasbro 6, and spoke to my son's nurse, Georgia, and she told me that my son was still in isolation, had been sleeping since 7pm the night before, had not gone to the bathroom. And refused to take his vital signs when I asked her, out of concern for his health status because in addition to mental health, he also has other medical diagnoses, and has tachycardia, fast heart rate, which makes him at risk for complications. My son has been restrained and on seclusion for six consecutive days, and this is improper care, and could be fatal to him if not corrected immediately. Therefore I request an urgent Court order to have my son Altamir Vilbon transported to another hospital for psychiatric and medical inpatient care.

2. **Order for recorded phone and Zoom calls with DCYF staff or social worker,**
3. **Order for routinely and scheduled recorded phone and Zoom calls and visitation schedule**

- Because DCYF did not attempt to reunify me and my son. On 09/29, Tia the DCYF social worker misconstrued everything from my conversation with my son and wants me to say what they want me to say to my son, and not express my own feelings, even though I was not inappropriate. She Misstated that my son was not able to be regulated after my first Zoom call with her. But this did not occur, and I asked Tia if I could record the Zoom call, but she refused. This could have been avoided if she permitted me to record the Zoom call, so if needed, I would have proof for the Court to determine what was said.
Because of this, I cancelled my last scheduled Zoom call, which was scheduled on 10/20/20 12:30, until I request an appropriate order from the Court, to prevent any further communication problems.

I thank you for your attention.

Sincerely

*Carline Vilbon*

Carline Vilbon, mother of Altamir A. Vilbon.

**Dated:** October 16, 2020

n this _16th_ day of _Oct_ 20 _20_
certify that the (preceding)(following)(attached)
ocument is a true, exact, complete, and unaltered copy
ade by me of _validation_ of the document,
esented to me by _Carline_
_[signature]_ (official signature and seal of Notary)

ANDREA SOARES DONO
Notary Public, State of Rhode Island
ID# 763693
My Commission Expires Jan 29, 2023

Page 1 of 2

Exhibit 3

Sony Vilbon

170 Winthrop Avenue Apt 2

Revere, Massachusetts 02151

sonyvilbon@yahoo.com

Telephone (774) 240-1273

Tuesday October 6, 2020

To whom it may concern:

I, Sony Vilbon, the uncle of Alex Altamir Vilbon who has been hospitalized at the Hasbro Children's Hospital, have tried to contact him for more than two weeks, but the representatives who usually answer the telephone have repeatedly told me that they would have Alex call me. Alex has never responded to my calls during that time due the lack of transmissions of those individuals.

Thank you for your understanding.

Sincerely,

Sony Vilbon

Sony Vilbon

# Exhibit N

## Fw: ATTORNEY INFORMATION FOR HOSPITAL TRANSFER

From:  Carline Vilbon (vilbonc@yahoo.com)

To:      graceaime7@gmail.com

Date:  Monday, October 12, 2020, 11:33 AM PDT

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, October 6, 2020, 1:50 PM, PGS PGS <PGS@Lifespan.org> wrote:

Hi Carline,

Please know your message has been sent to appropriate personnel.

Thank-you

Patient and Guest Services, Rhode Island Hospital and Hasbro Children's Hospital, 593 Eddy
Street Providence, RI 02903 401.444.5817

**From:** Carline Vilbon <vilbonc@yahoo.com>
**Sent:** Monday, October 5, 2020 2:37 PM
**To:** PGS PGS <PGS@Lifespan.org>
**Subject:** Re: ATTORNEY INFORMATION FOR HOSPITAL TRANSFER

**WARNING**: This email originated outside of Lifespan and our authorized business partners. **USE
CAUTION** when clicking on links or attachments.

Attention Patient Guests Services:

I have notified Dr. Patel of my son's need to transfer through many staff nurses, but she is not
cooperating.
Please provide her with my attorney's contact information for any further questions.

Below is the contact information for my attorney:

attorney Susan Pires

127 Dorrance Street
3rd Fl
Providence, RI. 02903
Ph: (401) 273-4900

Sincerely,

Carline Vilbon, mother of Altamir A. Vilbon.

<u>Sent from Yahoo Mail for iPhone</u>

On Sunday, October 4, 2020, 6:15 PM, Carline Vilbon <<u>vilbonc@yahoo.com</u>> wrote:


Attention Patient Guests Services:

I am writing to inform you that at 3:50 pm today, I requested a hospital transfer for my son
to Buttler Hospital. I informed Amy, Altamir's nurse, today that a bed is available for my
son's transfer for tomorrow,  and asked that She notifies the doctor as soon as possible, to
arrange the transfer.
Additionally, I gave her the contact information (401) 455-6224, at Butler to give to the
doctor for Hasbro 6 BHU.

I would appreciate it if you would followed up to ensure that the my request gets processed.

Sincerely,

Carline VILBON, mother of Altamir A. Vilbon.
(401) 654-3470

<u>Sent from Yahoo Mail for iPhone</u>

This transmission is intended only for the addressee(s) listed above and may contain information that is
confidential. If you are not the addressee, any use, disclosure, copying or communication of the contents
of this message is prohibited. Please contact me if this message was transmitted in error.

# Exhibit O

## Re: ALTAMIR VILBON 's MISSED MEDICAL APPOINTMENTS and SCHOOL PLACEMENT AND

From:   Daigle, Diane (ddaigle@courts.ri.gov)

To:     vilbonc@yahoo.com

Cc:     bparker@courts.ri.gov

Date:   Thursday, November 19, 2020, 02:52 PM PST

Good Evening Ms. Vilbon,

Thank you for updating me on Altamir. I am happy to hear that Altamir has been released from the hospital.  I have copied Ms. Parker on this since she is the assigned social worker assigned to assist me in Altamir's case. I ask that you copy her on all further correspondence.  We work as a team on all case we are assigned to. Bethany did inform me of the strong bond that you and Altamir have. It is important that you stay strong for him as the case proceeds.
Sincerely,
Diane Daigle

On Nov 19, 2020, at 4:54 PM, Carline Vilbon <vilbonc@yahoo.com> wrote:

Good afternoon attorney Daigle,

I just wanted to add that the Rumford House has been avoiding me. They are refusing to answer my call. This started since my son was discharged from Hasbro.

Thanks,
Carline Vilbon

On Thursday, November 19, 2020, 01:24:43 PM PST, Carline Vilbon <vilbonc@yahoo.com> wrote:

*

*

*

*

Good attorney Daigle

This Carline Vilbon, mother of Altamir A. Vilbon.
I wanted you to be aware that Altamir has missed a couple of medical appointments that are very essential for his wellbeing.

On November 10, I made the following appointments, and texted Lynn the charge Nurse at the Rumford as agreed:

Also, Alex has the following appointments scheduled:

John Richetelli therapist at Morin Therapy, on Tuesday 11/17 , 1PM
1803 Smith Street
North Providence, RI

Performance Physical Therapy
with Makayla on Thursday 11/19, at 1 PM
21 Division Street
Pawtucket RI

And on November 12, I also notified Lynn of the following scheduled ppointment  for Alex,
with his his psychiatric medication prescriber
Jean Keough NP
on Tuesday 11/24  5 PM
At Quality Behavioral Health
75 Lambert Lind Hwy
Warwick, RI. 02886

But today, Altamir did not attend his physical Therapy appointment and Lynn told me one hour before the
appointment that Alex could not go because of short staffing. Eventhough she was aware, and the she told
me that she was going to cancel the appointment but she did not, because I received a call from the facility
asking g why my son was late.
I am now stuck with a no show, and late cancellation fee of $75.00.
Also, my son school placement has not been arranged with the Pawtucket School Department.
I have emailed them, to make the arrangements,  but I am still waiting for a reply.
I am concerned that my son's continuity of care is not being followed.
Additionally,  my son has numerous medical diagnoses,  and relies on his healthcare provider for the
treatment.

I am concerned that if not corrected, my son's health will deteriorate,  and could affect him both physically
and psychologically.

.And based on these concerns, my son's needs are also being neglected and are reportable to the DCYF as
well.


Also, it has been nearly one month since Tia the DCYF social worker held a meeting with the Pawtucket
School Committee for my son's school placement,  and he still not enrolled in the home schooling.
        *
Also, prior to  my son's discharge from Hasbro on 10/29/20, I emailed Tia the list of my son's healthcare
providers, which consists of the following:

1. Dr. Cameron Lang at Blackstone Valley Community Health Center (Primary care) in Pawtucket, Ri

2. John Ricetelli  (Therapist) in North Providence


3. Geran Keough NP at Quality Behavioral Health, in Warwick, RI


4. Performance Physical Theraphy, in Pawtucket, RI

5. Dr. Arnold Sinsevere at Boston Children's Hospital (Epileptologist)

6. Boston Children's Hospital Developmental Medicine.

  * But Tia did not make any appointments with them.

  * Additionally,  my son had a panicky attack last Friday,  and was sent to Hasbro Children's hospital. His panic attack was because I was leaving the group home, and he did not want me to leave. He suffers from separation from me and our home. Hasbro kept my son for observations for five days,  which is way above the norm 24 to 48 hours,  and my son did not exhibit any behavioral concerns at that time. He was put in a confined space, with no room to walk, was anxious and uncomfortable and lost his balance and fell in his bathroom because of misuse of his muscles and inadequate ambulation .  He was deprived from ambulation which is required for his left foot paralysis.  Additionally,  to holding g my son longer than it was necessary. Hasbro placed several calls to the director of Rumford House, to determine whether my son should return to the group home,  even though he had no issues during his hospitalization.  Eventhough the staff at the Rumford House,  (including the social worker Adam, ) had no objections about taking g my son back, Hasbro influenced the Rumford House's decision to not accept my son, if he were to have another panic attack.  And he was not violent.

  * Therefore,  since Hasbro is affiliated with the Rumford House,  I am concerned that Rumford House will be extremely influenced by Hasbro (who's interest has always been to place my son in a mental institution without proper interventions) in reaching medical diagnoses and healthcare recommendations for son.

  * Moreover, my reported that he was mistreated and traumatized during his previous hospitalization at Hasbro

  * Therefore I am requesting for you to file an expedited motion for a placement for my son into a facility that is not affiliated with Hasbro,  and who is no judgemental in caring for his healthcare needs. Additionally,  I wouldn't want my son to end up I. A mental institution.

Sincerely,

Carline Vilbon,  mother of Altamir A. Vilbon
(401) 654-3470