# UNITED STATES DISTRICT COURT

for the

DISTRIC OF RHODE ISLAND

Carline Vilbon

*Plaintiff(s)*

v.

1. The Department of Children, Youth and Families
2. The Lifespan Facilities
3. The Rumford House Group Home

*Defendant(s)*

Civil Action No. 1:21 267

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1. Kevin Aucoin, director of the Department of Children, Youth and Families, 101Friendship Street, Providence, RI. 02903.

2. Timothy Babineau CEO of the Lifespan facilities, 593 Eddy Street, Providence, RI. 02903

3. Arthur Mercurio, director of residential services at the Rumford House group home. 2 Farrell Place, Rumford, RI. 02916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Carline Vilbon

74 Prince Street, Pawtucket, RI. 02860

2021 JUN 11 P 3:36

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/10/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Arthur Mercurio, residential director of the Rumford House was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* RUMFORD HOUSE GROUP HOME on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ARTHUR MERCURIO , who is designated by law to accept service of process on behalf of *(name of organization)* RUMFORD HOUSE GROUP HOME on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

☑ Other *(specify)*: I LEFT THE SUMMONS AND COMPLAINT AT THE DOOR BASED ON AGENT'S REFUSAL TO ACCEPT THOSE DOCUMENTS.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2021

[signature]

*Server's signature*

________________

*Printed name and title*

________________

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

DISTRIC OF RHODE ISLAND

Carline Vilbon

*Plaintiff(s)*

v.

1. The Department of Children, Youth and Families

2. The Lifespan Facilities
3. The Rumford House Group Home

*Defendant(s)*

Civil Action No. CA 21 267

2021 JUN 1 P 3:38

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ✓1. Kevin Aucoin, director of the Department of Children, Youth and Families, 101Friendship Street, Providence, RI. 02903.

2. Timothy Babineau CEO of the Lifespan facilities, 593 Eddy Street, Providence, RI. 02903

3. Arthur Mercurio, director of residential services at the Rumford House group home. 2 Farrell Place, Rumford, RI. 02916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carline Vilbon

74 Prince Street, Pawtucket, RI. 02860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/10/2021

[signature]

*Signature of Clerk or Deputy Clerk*

[handwritten signature]
6/18/21
LINDA ORMEROD
Refused

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kenin Aucouin, director of DCYF

was received by me on *(date)* LINDA ORMEROD

☑ I personally served the summons on the individual at *(place)* ______ on *(date)* 06/18/2021 ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* LINDA ORMEROD , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* KEVIN AUCOUIN, DIRECTOR OF DCYF , who is designated by law to accept service of process on behalf of *(name of organization)* DEPARTMENT OF CHILDREN YOUTH AND FAMILIES on *(date)* 06/18/2021 ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: LINDA ORMEROD WROTE REFUSED DUE TO THE ADVISE OF ONE OF HER COWORKERS, WHO TOLD HER TO DO NOT ACCEPT THE SUMMONS AND COMPLAINT.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2021

[signature]
*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

DISTRIC OF RHODE ISLAND

Carline Vilbon

*Plaintiff(s)*

v.

1. The Department of Children, Youth and Families
2. The Lifespan Facilities
3. The Rumford House Group Home

*Defendant(s)*

Civil Action No. CA 21 267

2021 JUN 11 P 1:36

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1. Kevin Aucoin, director of the Department of Children, Youth and Families, 101Friendship Street, Providence, RI. 02903.

✓2. Timothy Babineau CEO of the Lifespan facilities, 593 Eddy Street, Providence, RI. 02903

3. Arthur Mercurio, director of residential services at the Rumford House group home. 2 Farrell Place, Rumford, RI. 02916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Carline Vilbon

74 Prince Street, Pawtucket, RI. 02860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/10/2021

Vickie C. McGuire
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Timothy Babineau CEO of Lifepan facilities

was received by me on *(date)* MICHOL LEVEINE

☑ I personally served the summons on the individual at *(place)* LIFESPAN FACILITIES on *(date)* 06/18/2021 ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MICHOL LEVEINE , a person of suitable age and discretion who resides there, on *(date)* 06/18/2021 , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TIMOTHY BABINEAU , who is designated by law to accept service of process on behalf of *(name of organization)* LIFESPAN FACILITIES on *(date)* 06/18/2021 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2021

[signature]
*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: