## UNITED STATES DISTRICT COURT
### For the
## DISTRICT OF RHODE ISLAND

2021 JUL -9 A 11: 01

Petitioner,

CARLINE VILBON

Case No.

Respondents,
Kevin Aucoin, Director of Department
Of Children, Youth and Families
101 Friendship Street, Providence, RI. 02903

Doctor Timothy Babineau, President and
CEO for The Lifespan Facilities,
593 Eddy Street, Providence, RI. 02903.

Arthur Mercurio, Director of Residential
Services for The Rumford House
2 Farrell Place, Rumford, RI. 02916

CASE No. 1:21-cv-00267-MSM-LDA

---

### PETITIONER'S AMENDED EXPARTATE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO THE UNITED STATES CODE 28 U.S.C. § 2254, THE CODE OF FEDERAL REGULATIONS, 25 C.F.R. § 11.404, THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION

I, [Carline Vilbon], being first duly sworn on oath, depose and state that I am the Plaintiff / Petitioner in the above action; that I have read the above and foregoing Petition for Writ of Habeas Corpus; and that the statements contained therein are true and correct to the best of my knowledge and belief.

_/s/ Carline Vilbon_
[Carline Vilbon], Petitioner,

74 Prince Street, Pawtucket, RI. 02860

Subscribed and sworn to before me this 7th day of July 2021

_/s/ Sharon Santiago_

Notary Public   766761
My Commission Expires

[Notary seal: SHARON SANTIAGO, NOTARY PUBLIC, STATE OF RHODE ISLAND, Commission # 766761, COMM. EXPIRES 07-01-2022]

dence Superior Court
ence County, RI