# UNITED STATES DISTRICT COURT
for the
### DISTRIC OF RHODE ISLAND

Carline Vilbon )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. CA 21 267
1. The Department of Children, Youth and Families )
)
2. The Lifespan Facilities )
3. The Rumford House Group Home )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1. Kevin Aucoin, director of the Department of Children, Youth and Families, 101 Friendship Street, Providence, RI. 02903.

2. Timothy Babineau CEO of the Lifespan facilities, 593 Eddy Street, Providence, RI. 02903

3. Arthur Mercurio, director of residential services at the Rumford House group home. 2 Farrell Place, Rumford, RI. 02916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carline Vilbon

74 Prince Street, Pawtucket, RI. 02860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____06/10/2021_____    *(signature)*
_____
*Signature of Clerk or Deputy Clerk*

*(signature)*
6/18/21
LINDA ORMEROD
Redosed

Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Kenin Aucouin, director of DCYF

was received by me on *(date)* LINDA ORMEROD

☑ I personally served the summons on the individual at *(place)* _____ on *(date)* 06/18/2021; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* LINDA ORMEROD , a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* KEVIN AUCOUIN, DIRECTOR OF DCYF, who is designated by law to accept service of process on behalf of *(name of organization)* DEPARTMENT OF CHILDREN YOUTH AND FAMILIES on *(date)* 06/18/2021; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: LINDA ORMEROD WROTE REFUSED DUE TO THE ADVISE OF ONE OF HER COWORKERS, WHO TOLD HER TO DO NOT ACCEPT THE SUMMONS AND COMPLAINT.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2021

_____
Server's signature

MR. SONY VILBON
Printed name and title

74 PRINCE ST, PAWTUCKET, RI 02860
Server's address

Additional information regarding attempted service, etc: