**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Carline Vilbon
Plaintiff,
v.                                                          Case No.: 1:21−cv−00267−MSM−LDA

Kevin Aucoin, et al.
Defendant.

## ORDER OF COURT

     Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, the Attorney General is hereby ordered to file its response to the Petition under 28 U.S.C §2254 For Writ of Habeas Corpus By A Person In State Custody on or before September 20, 2021.

     It is so ordered.

August 20, 2021                                              By the Court:

                                                                       /s/ Mary S. McElroy
                                                                       United States District Judge