# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Carline Vilbon
    Plaintiff/Petitioner

v.

C.A. No. 1:21-CV-00267-MSM-LDA

The Department of Children, Youth and
Families; The Lifespan Facilities and The
Rumford House Group Home
    Defendants/Respondents

## AFFIDAVIT OF ARTHUR MERCURIO, MA AS DIRECTOR OF THE RUMFORD HOUSE

I, Arthur Mercurio, as Director of the Rumford House, does swear and affirm the following:

1. I am currently the Director of the Rumford House, in East Providence, Rhode Island ("Rumford House").

2. The Rumford House is a residential service provider for men and boys, ages 12 to 21, with mild intellectual disability, Asperger's disorder and mild to moderate behavior disorders. Rumford House is affiliated with the Bradley Hospital Center for Autism and Developmental Disabilities and is accredited by The Joint Commission. The Rumford House has a 2:1 staffing ratio and emphasizes preparation for transition to independent living in young adulthood.

3. As Director of the Rumford House, I have personal knowledge of the custody and care of the individual known as Altamir Vilbon ("Mr. Vilbon"), referenced in the Petition in this case.

4. Mr. Vilbon, does now reside at the Rumford House, in East Providence, Rhode Island, and is currently under the care and supervision of Rumford House staff.

5. On September 9, 2020, the Rhode Island Family Court issued an Order remanding Mr. Vilbon to the custody of the Rhode Island Department of Children, Youth and Families ("DCYF"). A true and accurate copy of said Order is attached hereto and is incorporated by reference as Exhibit 1.

6. DCYF then authorized release and placement of Mr. Vilbon at the Rumford House via a letter, dated November 18, 2020, signed by Lori Fernandes, Chief of Practice Standards, Region 2, DCYF. A true and accurate copy of said Letter is attached hereto and is incorporated by reference as Exhibit 2.

7. Periodic review of Mr. Vilbon's status and placement at the Rumford House occurs in the Rhode Island Family Court as coordinated by DCYF. There has been no change in status regarding Mr. Vilbon's residency at the Rumford House since November of 2020.

8. If Mr. Vilbon is required to appear in Court, transpiration and staff-accompaniment of Mr. Vilbon would need to be scheduled and coordinated in advance.

*Arthur Mercurio*
Arthur Mercurio, MA as Director of the Rumford House

State of Rhode Island
County of Providence

On this 19 day of August, 2021, before me, the undersigned notary, personally appeared Arthur Mercurio, MA as Director of the Rumford House, personally known to the notary to be the person whose name is signed on the preceding document, and acknowledged to the notary that he signed it voluntarily, under oath, for its stated purpose.

*Dianna LaCanfora* #753983
Notary Public
Notary Identification #:
My commission expires:

DIANNA LACANFORA
NOTARY PUBLIC
State of Rhode Island
My Commission Expires
April 5, 2024

2

Sep. 18. 2020  3:10PM                                                                 No. 5015   P. 1



# STATE OF RHODE ISLAND
# FAMILY COURT

## DETENTION
## ORDER OF TEMPORARY CUSTODY
(Under the protection of the State)

| COUNTY | JUVENILE NO. | PETITION NO. |
|---|---|---|
| PROVIDENCE | | |
| NAME OF CHILD VILBON, Altamir | COURT LOCATION  9/21/20  12: | |
| DISPOSITION/ORDER PLACED UNDER TEMPORARY CUSTODY OF DCYF | | |

TO: Representatives of the Department of Children, Youth and Families or any private agency, society or institution designated by said Department under the General Laws of Rhode Island.

WHEREAS, after hearing of a petition before the Family Court in the matter of the above named child, said Family Court found said child to require the protection of the State, it is this day ordered by said Court that said child be placed in the temporary care, custody, and control of the Department of Children, Youth and Families in accordance with the disposition/order above.

You are therefore hereby commanded to take said child to the Director for the Department for Children, Youth, and Families or his/her designee together with a copy of this order.

And you, the said director or designee are required to receive said child into your temporary custody, with the authority to execute any and all documents evidencing informed consent to routine emergency medical or surgical care and/or admission to facility under the State's Mental Health Law as if executed by a "guardian" as that term is defined in R.I.G.L. 40.1-5-6 for the care, treatment and diagnosis of said child pursuant to the State's Mental Health Law, and to hold him/her in accordance with the above disposition/order from and after the delivery of said child to you, unless said child shall be sooner released from said custody by further order of said Court, or by due order of law.

| WITNESS CHIEF/ASSOC. JUSTICE | DATE 9/18/2020 | CLERK |
|---|---|---|

DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES
Providence, R. I.
The above-named child was this day delivered into my custody and received by me pursuant to the directions of the above order.

ASST. DIRECTOR/DESIGNEE                                    DATE

Juv-23 07/00



STATE OF RHODE ISLAND

Department of Children, Youth and Families
Family Services
530 Wood St.
Bristol, RI 02809

November 18, 2020

To Whom It May Concern,

The Department of Children, Youth, and Families has temporary custody of child, Altamir Vilbon (DOB: █████████ DCYF is authorizing the release of patient, Altamir Vilbon to the Rumford House staff where this child is currently residing.

Lori Fernandes
Chief of Practice Standards
Region 2
DCYF
530 Wood St.
Bristol RI 02809