# UNITED STATES DISTRICT COURT
## For the

### DISTRICT OF RHODE ISLAND

---

Petitioner,

CARLINE VILBON

VS.                                                  Case No. 1:21-cv-00267-MSM-LDA

Respondents,

Kevin Aucoin, Director of Department
Of Children, Youth and Families
101 Friendship Street, Providence, RI. 02903

Doctor Timothy Babineau, President and
CEO for The Lifespan Facilities,
593 Eddy Street, Providence, RI. 02903.

Arthur Mercurio, Director of Residential
Services for The Rumford House
2 Farrell Place, Rumford, RI. 02916

---

## PETITIONER CARLINE VILBON'S MOTION FRO ENTENSSION OF TIME

Pursuant to Rule 6 (b), (1), (B) of the Federal Rules of Civil Procedures, I Carline Vilbon, the Petitioner respectfully request this Court for an extension of time to file my Motion for Default Judgment and Opposition to the Lifespan Facilities and the Rumford House's Untimely and Defaulted Response to the Petition for Writ of Habeas Corpus.

As reasons therefore, I was ill and pressed by other matters and was unable to properly prepare my motion for the Respondents response.

**WHEREFORE:** I, respectfully request this honorable to accept the filing of the

Petitioner's Motion for Default Judgment and Opposition to the Lifespan Facilities and the

Rumford House's Untimely and Defaulted Response to the Petition for Writ of Habeas Corpus.

Respectfully submitted,

*Carline Vilbon*

Carline Vilbon

74 Prince Street
Pawtucket, RI. 02860
Ph: (401) 654-3470
Email:
**Dated:** October 4, 2021

## CERTIFICATE OF SERVICE

I, the Defendant Carline Vilbon, do hereby on this 4th, day of October, 2021, served via
**Electronic Mail** a true and accurate copy of the following document to the Respondent's
attorneys, Alexander B. Terry, at alex.terry@dcyf.ri.gov, John D. Plummer at
, and Justin J. Sullivan at jjsullivan@riag.ri.gov

Petitioner Carline Vilbon's Motion for Extension of Time

*Carline Vilbon*

Carline Vilbon
**Dated:** October 4, 2021