UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Carline Vilbon
    Plaintiff(s)

v.

                                                                   C.A. No. 1:21-CV-00267-MSM-LDA

The Department of Children, Youth and
Families; The Lifespan Facilities and The
Rumford House Group Home
    Defendant(s)

## RESPONDENTS, THE LIFESPAN FACILITIES' AND THE RUMFORD HOUSE'S, OBJECTION TO PETITIONER, CARLINE VILBON'S MOTION FOR DEFAULT JUDGMENT

      Respondents, The Lifespan Facilities and The Rumford House ("Respondents"), file this objection to Petitioner, Carline Vilbon's ("Petitioner"), Motion for Default Judgment. After the Petitioner filed the application for habeas corpus in this case, a Court Order issued on August 20, 2021, requiring that a responsive pleading be submitted in the case by the State of Rhode Island Attorney General's Office. The Order did not require a response from these Respondents. Nevertheless, these Respondents filed a response to address the allegations in the application for habeas corpus and to provide information believed to be helpful to the Court.

      Petitioner's Motion for Default is not substantiated and therefore should be denied.

Respondents,
The Lifespan Facilities and The Rumford House,

By Their Attorney(s),

  /s/ John D. Plummer
_____

John D. Plummer (#7445)
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI   02903
(401) 521-7000     FAX 401-521-1328
shayman@rcfp.com

## **CERTIFICATION**

I hereby certify that, on the 5th day of October, 2021,

[ X ]   I served this document through the electronic filing system on the following parties:

      Carline Vilbon
      74 Prince Street
      Pawtucket, Rhode Island 02860

      The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

[ X ]   I caused this document to be [ X ] mailed and [ X] emailed to the attorney for the opposing party (and/or the opposing party if self-represented) whose name(s) and address(es) are as follows:

      Carline Vilbon
      74 Prince Street
      Pawtucket, Rhode Island 02860
      vilbonc@yahoo.com

                                                _____

                                                               JDP:slh
                                                                40-1057
                                                             (3733547)