# Meghan Kenny

| | |
|---|---|
| **From:** | Carline Vilbon <vilbonc@yahoo.com> |
| **Sent:** | Tuesday, October 19, 2021 12:07 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | RE: 1:21-00267-MSM-LDA  Plaintiff's Opposition to The State of Rhode Island's Motion to Dismiss Writ of Habeas Petition |
| **Attachments:** | Opposition to Motion to Dismiss Habeas Corpus.pdf |
| **Categories:** | Being Worked On MK |

**CAUTION - EXTERNAL:**


Attention District Court clerk;

Please file the following document:

The Plaintiff's Opposition to The State of Rhode Island's Motion to Dismiss Writ of Habeas Petition

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1