UNITED STATES DISTRICT COURT

For the District of Rhode Island

---

Carline Vilbon
Plaintiff,

Vs.  Case No.1:21-cv-0067-MSM-LDA

The lifespan Facilities, Hasbro Children Hospital
And the Rumford House Group Home
Defendant,

---

## PETITIONERS NOTICE OF CHANGE OF ADDRESS

Pursuant to the Local Rules of the United States District Court for the District of Rhode Island, I Carline Vilbon, the Petitioner wish to inform this Court of my change of address.

- I have a case pending with this Court
- I am a Pro Se litigant

My former address is:

    74 Prince Street

    Pawtucket, RI. 02860

My new address is:

    26 Ralston Road

    Hyde Park, MA. 02860

I will continue to represent myself in the above-entitled case.

Respectfully submitted,

*[signature]*
Carline Vilbon

Dated October 28, 2021

## CERTIFICATE OF SERVICE

I the Petitioner, Carline Vilbon, have served, upon the Respondents attorneys, a copy of the Petitioner's Notice of Change of Address On October 28, 2021 via electronic mail to the following addresses: jjsullivan@riag.ri.gov alex.terry@dcyf.ri.gov, and jplummer@rcfp.com.

*Carline Vilbon*

Carline Vilbon

Dated: October 28, 2021