## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

Carline Vilbon
      Petitioner,
                    v.              1:21-cv-267-MSM

Kevin Aucoin, et al

      Respondents.

### JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is hereby entered pursuant to this Court's Order of December 13, 2021.

It is so ordered.

DECEMBER 13, 2021          By the Court:

                                      /s/ Hanorah Tyer-Witek
                                      Clerk of Court