# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Carline Vilbon**

Plaintiff

v.

**Department of Children Youth & Famili**

Defendant

Case No. **1:21-cv-00267-MSM-LD**

## NOTICE OF APPEAL

Notice is hereby given that **Carline Vilbon** _____ ,
                                      Name

the **Plaintiff / Petitioner** _____ in the above-referenced matter, hereby appeals to the
       Party type

United States Court of Appeals for the First Circuit from the **December 13, 2021 Decision,**
                                                                Final judgment or description of order

**TRO, Consolidate, Habeas Corpus Petitio** entered in this action on **December 23, 2021**.
                                                                         Date of entry

Respectfully submitted,

**Carline Vilbon**
Name

*[signature: Carline Vilbon]*
Signature

**12/17/2021**
Date

_____
Bar Number

**(401) 654-3470**
Telephone Number

_____
Firm/Agency

_____
Fax Number

_____
Address

**vilbonc@yahoo.com**
E-mail Address

_____
City, State, Zip Code