UNITED STATES DISTRICT COURT

For the District of Rhode Island

Carline Vilbon,

Plaintiff                                                                 Case No. 1:21-cv-00267-MSM-LDA

    Vs

Department of Children, Youth and Families, and the Lifespan Facilities
Defendants,

---

### THE PLAINTIFF – APPELLANT'S MOTION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

Pursuant to Rule 22 of the Federal Rules of Appellate Procedures, I Carline Vilbon respectfully request this Court to issue a Certificate of Appeability for the Plaintiff's Writ of Habeas Corpus Petition filed under 28 USC §2254, and to be transmitted to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

*Carline Vilbon* (signature)

Carline Vilbon
26 Ralston Rd
Hyde park, MA. 02124
Email: vilbonc@yahoo.com
Ph: (401) 654-3470
**Dated**: January 12, 2022